**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 02-1674**

_____

MARK SCHNEE,

                              Plaintiff - Appellant,

        versus

OFFICER SMITH; NORTH CAROLINA STATE HIGHWAY
PATROL DEPARTMENT; STATE OF NORTH CAROLINA,

                              Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  James C. Fox, Senior District Judge. (CA-01-916)

_____

Submitted: August 29, 2002        Decided: September 4, 2002

_____

Before WIDENER and MICHAEL, Circuit Judges, and HAMILTON, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Mark Schnee, Appellant Pro Se.  Isaac T. Avery, III, Special Deputy Attorney General, Raleigh, North Carolina, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Mark Schnee appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2002) complaint arising from a speeding ticket he received in North Carolina. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Schnee v. Smith, No. CA-01-916 (E.D.N.C. May 13, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED